UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA                :
                                        : ORDER
            - v.-                       :
                                        : 08 Cr. 446
JUDITH LEEKIN,                          :
    a/k/a "Judith Lee Kin,"             :
    a/k/a "Judith Lee-Kin,"             :
    a/k/a "Judith S. Johnson,"          :
    a/k/a "Judith Lee-Kin De-Johnson,"  :
    a/k/a "Michelle Wells,"             :
    a/k/a "Eastlyn J. Giraud,"          :
    a/k/a "Anne Marie Williams,"        :
    a/k/a "Cheryl Graham,"              :
    a/k/a "Judith Jack,"                :
    a/k/a "Cheryl Jack,"                :
                                        :
            Defendant.                  :
                                        :
- - - - - - - - - - - - - - - - - - - - X

BERMAN, D.J.

   WHEREAS, Mark V. Harllee, Esq., has filed a motion to appear pro hac vice;

   WHEREAS, since November 2007, Mr. Harllee has represented the defendant in a related case in Florida state court;

   WHEREAS, since 1984, Mr. Harllee has been a member in good standing of the Florida Bar;

   IT IS HEREBY ORDERED that Mr. Harllee be permitted to represent Ms. Leekin pro hac vice this proceeding;

IT IS FURTHERED ORDERED that the normal requirement that an applicant for pro hac vice have a sponsor from this District is waived in the case of Mr. Harllee.

Dated:  New York, New York
        May 20, 2008

*/s/ RMB*

RICHARD M. BERMAN
UNITED STATES DISTRICT JUDGE