

**ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - v. -

JUDITH LEEKIN,
   a/k/a "Judith Lee Kin,"
   a/k/a "Judith Lee-Kin,"
   a/k/a "Judith S. Johnson,"
   a/k/a "Judith Lee-Kin De-Johnson,"
   a/k/a "Michelle Wells,"
   a/k/a "Eastlyn J. Giraud,"
   a/k/a "Anne Marie Williams,"
   a/k/a "Cheryl Graham,"
   a/k/a "Judith Jack,"
   a/k/a "Cheryl Jack,"

         Defendant.

- - - - - - - - - - - - - - - - - - - X

: NOTICE OF INTENT TO
: FILE AN INFORMATION

**08 CRIM 446**

    Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:   New York, New York
        April 14, 2008

MICHAEL J. GARCIA
United States Attorney

By: _____ /ASW/
ALEXANDER J. WILLSCHER
Assistant United States Attorney

AGREED AND CONSENTED TO:

_____
MARK V. HARLLEE, ESQ.
Attorney for JUDITH LEEKIN

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/14/08