Judge Berman

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA                 :
                                         :  **WAIVER OF INDICTMENT**
          - v.-                          :
                                         :  08 Cr. ____
JUDITH LEEKIN,                           :
   a/k/a "Judith Lee Kin,"               :
   a/k/a "Judith Lee-Kin,"               :
   a/k/a "Judith S. Johnson,"            :
   a/k/a "Judith Lee-Kin De-Johnson,"    :
   a/k/a "Michelle Wells,"               :
   a/k/a "Eastlyn J. Giraud,"            :
   a/k/a "Anne Marie Williams,"          :
   a/k/a "Cheryl Graham,"                :
   a/k/a "Judith Jack,"                  :
   a/k/a "Cheryl Jack,"                  :
                                         :
          Defendant.                     :

- - - - - - - - - - - - - - - - - - X

   The above-named defendant, who is accused of violating Title 18, United States Code, Sections 1341, 1343, and 2, being advised of the nature of the charge and of her rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.



_Judith Leekin_
JUDITH LEEKIN
Defendant

_Mark V. Harllee_
MARK V. HARLLEE, Esq.
Counsel for Defendant

_[signature]_
Witness

Date: May 20, 2008
      New York, New York