UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

**ORDER**

-against-

08 CR. 446 (RMB)

JUDITH LEEKIN,

Defendant.
------------------------------------------------------------X

In connection with the sentencing in this matter which is scheduled for July 15, 2008, it would be helpful to the Court for the parties to address in their written submissions the following (among other topics that the parties wish to cover):

1- whether the mail and wire frauds could have been mitigated or prevented by the use of fingerprinting during the adoption process and whether there was fingerprinting;

2- whether the mail and wire frauds could have been mitigated or prevented by the use of in depth "home studies" during the adoption process and whether home studies were performed;

3- whether the "crime victims" in this case, as defined in 18 U.S.C. § 3771, have been identified and notified of the various court proceedings and invited to attend the court proceedings and make submissions to the Court. In this regard, the Government is requested to advise the Court by May 29, 2008 who the crime victims and/or their statutory representatives are and the notification method(s) employed;

4- if known, what additional steps (e.g., monitoring) may be taken to help ensure that mail and wire frauds involving adoptions do not recur.

Dated: New York, New York
       May 22, 2008

_____
RICHARD M. BERMAN, U.S.D.J.

cc:  New York City Administration for Children's Services
     New York State Office of Children and Family Services