UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

       - v.-

JUDITH LEEKIN,
   a/k/a "Judith Lee Kin,"
   a/k/a "Judith Lee-Kin,"
   a/k/a "Judith S. Johnson,"
   a/k/a "Judith Lee-Kin De-Johnson,"
   a/k/a "Michelle Wells,"
   a/k/a "Eastlyn J. Giraud,"
   a/k/a "Anne Marie Williams,"
   a/k/a "Cheryl Graham,"
   a/k/a "Judith Jack,"
   a/k/a "Cheryl Jack,"

       Defendant.

- - - - - - - - - - - - - - - - - - - -X

ORDER

08 Cr. 446 (RMB)

BERMAN, D.J.

    WHEREAS, Diamond R. Litty, Esq., has filed a motion to appear pro hac vice;

    WHEREAS, since November 2007, Ms. Litty has represented the defendant in a related case in Florida state court;

    WHEREAS, since 1984, Ms. Litty has been a member in good standing of the Florida Bar;

    IT IS HEREBY ORDERED that Ms. Litty be permitted to represent Ms. Leekin pro hac vice in this proceeding;

IT IS FURTHERED ORDERED that the normal requirement that an applicant for pro hac vice have a sponsor from this District is waived in the case of Ms. Litty.

Dated:   New York, New York
         June 30, 2008              , 2008

*/s/ Richard M. Berman*

RICHARD M. BERMAN
UNITED STATES DISTRICT JUDGE