The City of New York
Department of Investigation
ROSE GILL HEARN
COMMISSIONER

80 MAIDEN LANE
NEW YORK, NY 10038
212-825-5900

**MEMO ENDORSED**
p2

July 9, 2008



**BY HAND**

Honorable Richard M. Berman
United States District Court Judge
Southern District of New York
United States Courthouse
500 Pearl Street, Room 650
New York, NY 10007

**Re: United States v. Judith Leekin, 08 Cr. 446 (RMB)**

Dear Judge Berman:

  This letter is respectfully submitted in connection with the upcoming sentencing of Judith Leekin, to assist the Court by providing some context for this extraordinary case. The Department of Investigation (DOI) is a 140 year-old law enforcement agency that has broad oversight of the activities of all New York City agencies. That includes oversight of the personnel and operations of the New York City Administration for Children's Services (ACS). As you know ACS is the City agency that, in conjunction with the State, administers adoptions and the foster care system.

  DOI has never seen a case like the Leekin case. We learned about the shocking conduct of Leekin last summer from Florida authorities and the facts made us recoil. Although the Florida prosecutors were pursuing criminal charges relating to the abuse in that jurisdiction of the children in Leekin's custody, DOI felt strongly enough about the conduct that we decided we would also take up a separate investigation in New York of the fraud Leekin committed in this jurisdiction through, inter alia, ACS's adoption program. The conduct engaged in by this defendant against children, including children with special needs, was so inhumane that we wanted the full weight of the law to be brought to bear against Leekin for her actions. We did so on behalf of the New York City children she victimized, on behalf of ACS and on behalf of the City of New York

Honorable Richard M. Berman
July 9, 2008
Page 2

where the conduct of conviction took place. In addition, we felt a strong deterrent message must be sent. This sentencing is the culmination of those efforts.[1]

As Your Honor is aware, Leekin illegally adopted eleven children in New York City. She is charged with taking advantage of the subsidies that come with adopting children with physical and mental disabilities. To be sure, DOI will address with ACS the vulnerabilities in ACS's adoption subsidy program and procedures exposed by this case, but the fact is that Leekin converted the adoption of special needs children into a lucrative form of personal remuneration at their expense. In the course of our investigation, DOI had the opportunity to interview a number of the children that Leekin adopted. To hear each describe the years of abuse and neglect that they endured was utterly heartbreaking. Many of the children had few teeth from never having seen a dentist. Most bore physical scars from Leekin's brutality. None could read or write; their vocabulary garnered from the little television that Leekin allowed the children to watch. While Leekin will stand before you at sentencing on fraud charges, this fraudulent scheme crushed the childhoods of those children and caused them irreparable pain and suffering. Leekin deprived these children of freedom, schooling and medical care, exposed them to sexual and physical abuse, and all the while Leekin collected payments for the "care" of these children.

The brutality and callousness of the conduct involved in the offense of conviction should, in our view, result in a sentence that reflects the seriousness of this offense.

Respectfully submitted,

Rose Gill Hearn
Commissioner

> The Court will consider this letter in connection with sentencing which is scheduled currently for 7/15/08 @ 2:00 P.M.
>
> SO ORDERED:
> Date: 7/9/08
> Richard M. Berman, U.S.D.J.

---

[1] The Federal Bureau of Investigation also joined this investigation.