

U.S. Department of Justice
*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 9, 2008

**BY HAND**
Honorable Richard M. Berman
United States District Court
Southern District of New York
500 Pearl Street, Room 650
New York, New York 10007

**MEMO ENDORSED**

Re:   **United States v. Judith Leekin,**
         **08 Cr. 446 (RMB)**

Dear Judge Berman:

　　The Government respectfully forwards to the Court a letter submitted by New York City Children's Services in advance of sentencing.

　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　MICHAEL J. GARCIA
　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　By: _/s/ Alexander J. Willscher_
　　　　　　　　　　　　　　Alexander J. Willscher
　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　Tel: (212) 637-2736
　　　　　　　　　　　　　　Fax: (212) 637-2452

Enclosure

cc:   Diamond R. Litty, Esq./Mark V. Harllee, Esq. (by fax)

> The Court will consider this letter in connection with sentencing which is currently scheduled for 7-15-08 at 2:00 p.m.
>
> SO ORDERED:
> Date: 7-10-08      Richard M. Berman
>                    Richard M. Berman, U.S.D.J.



**New York City Children's Services**
Office of the Commissioner
150 William Street, 18th Floor
New York, NY 10038

*John B. Mattingly*
*Commissioner*

*Joseph Cardieri*
*Deputy Commissioner & General Counsel*

July 9, 2008

Alexander J. Willscher, Esq.
Assistant United Stated Attorney
U.S. Department of Justice
United States Attorney
Southern District of New York
The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, NY 10007

RE: <u>United States v. Judith Leekin</u>
    08 CR. 446 (RMB)

Dear Mr. Willscher:

I am writing in response to the federal court's order, dated May 22, 2008, which requested in part that the parties provide written submissions for consideration in the court's sentencing in this matter. Although the New York City Administration for Children's Services (Children's Services) is not a party to this case, the agency received notification of its status as a victim and therefore we wish to submit a statement to the court to be considered prior to sentencing.

Judith Leekin victimized the New York City Administration for Children's Services, an agency whose mission is to ensure the safety and well-being of New York City children. Judith Leekin victimized Children's Services by defrauding it and its predecessor agency, the New York City Human Resources Administration, into allowing her to become the foster parent and then the adoptive parent for children whom she had no interest in caring for and subsequently adopted under fraudulent pretenses.

In the context of adoptions, Children's Services' mission is to find permanent homes with adoptive parents who offer children love, protection, safety, care, permanency, and stability. Adoptive parents take on an enormous responsibility--that of dedicating themselves to nurturing the most vulnerable population, children who have been abused or neglected. Some of these children, as was the case here, have severe behavioral or mental health problems as a result of what they have endured in the homes of their birth parents and desperately need and deserve a loving, stable home. The adoption subsidy money provided to adoptive parents is intended to benefit the children. Its purpose is to assist parents in providing them with resources and services. In using false identities to

adopt numerous children, Judith Leekin robbed these children of the safe, happy, loving upbringing they so richly deserved. She also in fact robbed these children out of over a million and a half dollars and used it for her own personal gain and selfish interests while the children suffered for years in her home, without basic and necessary care.

In treating Children's Services as a vehicle for harming these children, Judith Leekin not only victimized the children by unjustly cheating them out of love, affection and financial support, but also undermined an agency devoted to child protection, strengthening families, and promoting successful adoptions. Together with each child who was harmed by Judith Leekin, Children's Services staff members feel angered and betrayed by her actions and their impact on the adoption process.

Children's Services believes that Judith Leekin should pay restitution to the children in the full amount of adoption subsidy money that she fraudulently obtained. In the alternative, restitution should be paid to Children's Services and we will make every effort to see that this money goes to the benefit of the children who were the primary victims of this crime. To the extent that it is determined that restitution should be paid to our governmental partners on the federal and state level who contributed funds to the adoption subsidies paid by Children's Services, we would urge them to join us in seeing that the money involved goes to the benefit of the children.

Sincerely,

Joseph Cardieri
Deputy Commissioner and General Counsel