UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

                                                                                                          **ORDER**

              -against-                                          08 CR. 446 (RMB)

JUDITH LEEKIN,

                          Defendant.
------------------------------------------------------------X

        In connection with the sentencing in this matter scheduled for Tuesday, July 15, 2008 at 2:00 p.m., the parties are directed to page four of the letter agreement dated March 18, 2008 ("Plea Agreement") which states, in part: "It is understood that pursuant to Sentencing Guidelines § 6B1.4(d), neither the Probation Department nor the Court is bound by the above Guidelines stipulation [78 to 97 months' imprisonment] . . ." and "[i]t is understood that the sentence to be imposed upon the defendant is determined solely by the Court. It is understood that the Sentencing Guidelines are not binding on the Court". Plea Agreement at 4.

        The parties are hereby notified that, while it has not made any final determination, the Court is considering a sentence which may exceed the Stipulated Range of 78 to 97 months set forth in the Plea Agreement and invites written comment from the parties on such a sentence (to be served and filed by noon, Monday, July 14, 2008) and/or oral presentations at the sentencing. See, e.g., Irizarry v. United States, 128 S.Ct. 2198 (2008).

Dated: New York, New York
            July 10, 2008

                                                                RICHARD M. BERMAN, U.S.D.J.