UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

                                                                                                        **ORDER**

               -against-                                                                     08 **CR.** 446 (RMB)

JUDITH LEEKIN,

                                        Defendant.
------------------------------------------------------------X

        In connection with the sentencing in this matter scheduled for Tuesday, July 15, 2008 at 2:00 p.m., the parties will be asked to address forfeiture, including the relationship between the Proposed Order of Forfeiture submitted by the Government and the forfeiture in <u>U.S. v. All Right, Title and Interest in Real Property and Appurtenances located at 114 SW Hawthorne Circle, Port S. Lucie, Florida and All Right, Title and Interest in Real Property and Appurtenances located at 410 Fairfield Drive, Sanford, Florida</u>, 07 cv 7927 (JGK).

        Also, counsel will be asked about the relationship between forfeiture and the proposed restitution.

Dated: New York, New York
       July 14, 2008

                                                                     _____
                                                                     RICHARD M. BERMAN, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/14/08